[No. 4963–II.  Division Two.  March 3, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 80–1–00077–2, Robert L. Harris, J., entered
July 25, 1980. *Affirmed* by unpublished opinion per

Worswick, J., concurred in by Reed, C.J., and Petrie, J.